No. 57. John T. Clarke *v.* Chicago, B. & Q. R. Co. et al.;

No. 58. Same *v.* Chicago, B. & Q. R. Co.; and

No. 59. Ella R. Clarke et al. *v.* Same. October 9, 1933. Petition for writ of certiorari to the Circuit Court

of Appeals for the Tenth Circuit denied. *Messrs. Wm. J. Hughes, Jr.,* and *James F. Reilly* for petitioners. *Messrs. J. C. James, J. Q. Dier,* and *Bruce Scott* for respondents.